753 A.2d 1289

**ERIE BOLT CORPORATION and Zurich Insurance Group, Petitioners,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ELDERKIN), Respondents.**

Supreme Court of Pennsylvania.

June 22, 2000.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of June, 2000, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is reversed based upon the decision in *Davis v. Worker's Compensation Appeal Board (Borough of Swarthmore),* 561 Pa. 462, 751 A.2d 168 (2000).